APPEAL,CLOSED,EFILE

# U.S. District Court
# United States District Court for the District of Connecticut (New Haven)
# CIVIL DOCKET FOR CASE #: 3:16-cv-01310-VAB

| | |
|---|---|
| Valls et al v. Allstate Insurance Company | Date Filed: 08/02/2016 |
| Assigned to: Judge Victor A. Bolden | Date Terminated: 09/28/2017 |
| Cause: 28:1332 Diversity-Insurance Contract | Jury Demand: Plaintiff |
| | Nature of Suit: 110 Insurance |
| | Jurisdiction: Diversity |

**Plaintiff**

**William A. Valls**  represented by  **Jeffrey R Lindequist**
Law Office of Michael D. Parker
One Monarch Place
Suite 2200
Springfield, MA 01144-2220
413-736-4101
Fax: 413-736-4582
Email: jlindequist@mdparkerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Parker**
Law Office of Michael D. Parker
One Monarch Place
Suite 2200
Springfield, MA 01144-2220
413-736-4101
Fax: 413-736-4582
Email: mparker@mdparkerlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine C. Valls**  represented by  **Jeffrey R Lindequist**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | |
|---|---|
| **Allstate Insurance Company** | represented by **Jessica A.R. Hamilton**<br>Robinson & Cole, LLP-HTFD<br>280 Trumbull St.<br>Hartford, CT 06103<br>860-275-8396<br>Fax: 860-275-8299<br>Email: jhamilton@rc.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Raymond T. Demeo**<br>Robinson & Cole<br>280 Trumbull St.<br>Hartford, CT 06103-3597<br>860-275-8318<br>Fax: 860-275-8299<br>Email: rdemeo@rc.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Richard L. Fenton**<br>Dentons US LLP - IL<br>233 South Wacker Dr.<br>Suite 5900<br>Chicago, IL 60606-6361<br>(312) 876-7442<br>Fax: (312) 876-7934<br>Email: Richard.Fenton@dentons.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/02/2016 | 1 | NOTICE OF REMOVAL by Allstate Insurance Company from Connecticut Superior Court, case number TTD-CV-16-6011006-S. Filing fee $ 400 receipt number 0205-4087785, filed by Allstate Insurance Company. (Attachments: # 1 Exhibit Notice to Adverse Party of Removal to Federal Court)(Hamilton, Jessica) (Entered: 08/02/2016) |

| Date | # | Description |
|---|---|---|
| 08/02/2016 | 2 | NOTICE of Appearance by Jessica A.R. Hamilton on behalf of Allstate Insurance Company (Hamilton, Jessica) (Entered: 08/02/2016) |
| 08/02/2016 | 3 | NOTICE by Allstate Insurance Company *of Pending Motions* (Hamilton, Jessica) (Entered: 08/02/2016) |
| 08/02/2016 | 4 | NOTICE by Allstate Insurance Company *Statement in Compliance with Standing Order in Removed Cases* (Hamilton, Jessica) (Entered: 08/02/2016) |
| 08/02/2016 | 5 | Corporate Disclosure Statement by Allstate Insurance Company identifying Corporate Parent Allstate Insurance Holdings, LLC, Corporate Parent The Allstate Corporation, Corporate Parent Allstate Insurance Company for Allstate Insurance Company. (Hamilton, Jessica) (Entered: 08/02/2016) |
| 08/02/2016 | 6 | NOTICE of Appearance by Raymond T. Demeo on behalf of Allstate Insurance Company (Demeo, Raymond) (Entered: 08/02/2016) |
| 08/02/2016 | 7 | CERTIFICATE OF SERVICE by Allstate Insurance Company (Attachments: # 1 Exhibit Notice to Superior Court)(Hamilton, Jessica) (Entered: 08/02/2016) |
| 08/02/2016 |  | Judge Victor A. Bolden added. (Walker, A) (Entered: 08/02/2016) |
| 08/02/2016 | 8 | Order on Pretrial Deadlines: Motions to Dismiss due on 11/2/2016. Amended Pleadings due by 10/1/2016. Discovery due by 2/1/2017. Dispositive Motions due by 3/3/2017.<br>Signed by Clerk on 8/2/2016.(Fazekas, J.) (Entered: 08/02/2016) |
| 08/02/2016 | 9 | ELECTRONIC FILING ORDER - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Victor A. Bolden on 8/2/2016.(Fazekas, J.) (Entered: 08/02/2016) |
| 08/02/2016 | 10 | STANDING PROTECTIVE ORDER<br>Signed by Judge Victor A. Bolden on 8/2/2016.(Fazekas, J.) (Entered: 08/02/2016) |
| 08/02/2016 | 11 | NOTICE TO COUNSEL/PRO SE PARTIES : Counsel or pro se parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 7 Certificate of Service filed by Allstate Insurance Company, 4 Statement in Compliance with Standing order in Removed Cases filed by Allstate Insurance Company, 10 Standing Protective Order, 8 Order on Pretrial Deadlines, 6 Notice of Appearance filed by Raymond T. Demeo on behalf of Allstate Insurance Company, 1 Notice of Removal, filed by Allstate Insurance Company, 2 Notice of Appearance filed by Jessica A.R. Hamilton on behalf of Allstate Insurance Company, 9 Electronic Filing Order, 3 Notice of Pending Motions filed by Allstate Insurance Company, 5 Corporate Disclosure Statement, filed by Allstate Insurance Company |

| Date | No. | Description |
|---|---|---|
| | | Signed by Clerk on 8/2/2016. (Attachments: # 1 Removal Standing Order) (Fazekas, J.) (Entered: 08/02/2016) |
| 08/05/2016 | 12 | MOTION for Extension of Time until 11/2/16 To Answer or Otherwise Plead to Complaint by Allstate Insurance Company. (Hamilton, Jessica) (Entered: 08/05/2016) |
| 08/08/2016 | 13 | ORDER 12 MOTION for Extension of Time until 11/2/16 To Answer or Otherwise Plead to Complaint. Signed by Judge Victor A. Bolden on 8/8/2016. (Dearing, S.) (Entered: 08/08/2016) |
| 08/08/2016 | | Answer deadline updated for Allstate Insurance Company to 11/2/2016. (Dearing, S.) (Entered: 08/08/2016) |
| 08/11/2016 | 14 | MOTION to Amend/Correct *Complaint* by Christine C. Valls, William A. Valls.Responses due by 9/1/2016 (Attachments: # 1 Errata 1)(Lindequist, Jeffrey) (Entered: 08/11/2016) |
| 08/11/2016 | 15 | NOTICE of Appearance by Michael D. Parker on behalf of Christine C. Valls, William A. Valls (Parker, Michael) (Entered: 08/11/2016) |
| 09/15/2016 | 16 | Joint REPORT of Rule 26(f) Planning Meeting. (Parker, Michael) (Entered: 09/15/2016) |
| 09/15/2016 | 17 | DEMAND for Trial by Jury by Christine C. Valls, William A. Valls. (Lindequist, Jeffrey) (Entered: 09/15/2016) |
| 09/16/2016 | 18 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephonic Scheduling Conference set for 11/17/2016 04:00 PM before Judge Victor A. Bolden to discuss parties' 26(f) report. Once all parties are on the line, please call chambers at (203) 579-5562. (Ghosh, S.) (Entered: 09/16/2016) |
| 10/17/2016 | 19 | ORDER granting 14 Motion to Amend/Correct. Rule 15(a)(2) mandates that the Court give leave "freely" to amend pleadings "when justice so requires." Fed. R. Civ. P. 15(a)(2). In considering whether to grant leave to amend a pleading, the Court considers such factors as undue delay, bad faith, dilatory motive, undue prejudice, and futility of amendment. See Foman v. Davis, 371 U.S. 178, 182 (1962). Leave to amend is generally appropriate when the amendments sought arise from the same set of operative facts as the original complaint. Hanlin v. Mitchelson, 794 F.2d 834, 841 (2d Cir. 1986) Plaintiffs seek to add additional, related causes of action to their initial claim. The Court does not find that any of the factors that warrant denial of a motion to amend a pleading to be present in this case. Signed by Judge Victor A. Bolden on 10/17/2016. (Ghosh, S.) (Entered: 10/17/2016) |
| 10/17/2016 | 20 | AMENDED COMPLAINT *FIRST* against Allstate Insurance Company, filed by William A. Valls, Christine C. Valls. (Attachments: # 1 Exhibit 1)(Lindequist, Jeffrey) (Entered: 10/17/2016) |

| Date | # | Description |
|---|---|---|
| 10/17/2016 | 21 | AMENDED COMPLAINT *FIRST* against Allstate Insurance Company, filed by William A. Valls, Christine C. Valls. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Lindequist, Jeffrey) (Entered: 10/17/2016) |
| 10/17/2016 | 22 | ORDER rescheduling Status Conference. Telephonic Status Conference set for 11/17/2016 will not go forward. Telephonic Status Conference to discuss parties' Rule 26(f) Meeting Report rescheduled for 10/25/2016 11:00 AM before Judge Victor A. Bolden. Once all parties are on the line, please call chambers at (203) 579-5562. Signed by Judge Victor A. Bolden on 10/17/2016.(Ghosh, S.) (Entered: 10/17/2016) |
| 10/25/2016 | 23 | SCHEDULING ORDER:SCHEDULING ORDER: Plaintiff to join additional parties by 11/4/2016; Plaintiff to amend pleadings by 12/2/2016; Defendant to join additional parties by 1/13/2017; Defendant to respond to complaint within twenty one (21) days from submission of amended complaint; damages analysis by 10/6/2017; plaintiff to designate experts and provide related reports by 10/6/2017; Deposition of Plaintiff's experts by 12/8/2017; Defendant to designate experts and provide related reports by 1/12/2018; Depositions of Defendants' experts by 3/16/2018; discovery due by 4/6/2018; Post Discovery Status Conference set for 4/20/2018 10:00 AM before Judge Victor A. Bolden; Dispositive Motions due by 7/13/2018; Joint Trial Memorandum due 9/7/2018, or 30 days after a decision on a dispositive motion if one was filed; Trial Ready date 10/15/2018 or 30 days after filing of Joint Trial Memorandum. Signed by Judge Victor A. Bolden on 10/25/2016. (Ghosh, S.) (Entered: 10/25/2016) |
| 10/27/2016 | | Set Deadlines/Hearings: Amended Pleadings due by 12/2/2016; Joint Trial Brief due by 9/7/2018 (Perez, J.) (Entered: 10/27/2016) |
| 11/02/2016 | 24 | MOTION to Dismiss by Allstate Insurance Company.Responses due by 11/23/2016 (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Demeo, Raymond) (Entered: 11/02/2016) |
| 11/23/2016 | 25 | Memorandum in Opposition re 24 MOTION to Dismiss filed by Christine C. Valls, William A. Valls. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Lindequist, Jeffrey) (Entered: 11/23/2016) |
| 12/07/2016 | 26 | REPLY to Response to 24 MOTION to Dismiss filed by Allstate Insurance Company. (Veronneau, Jenna) (Entered: 12/07/2016) |
| 02/07/2017 | 27 | NOTICE by Allstate Insurance Company *OF SUPPLEMENTAL AUTHORITY* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Demeo, Raymond) (Entered: 02/07/2017) |
| 02/23/2017 | 28 | Notice of Additional Authority re 24 MOTION to Dismiss filed by Allstate Insurance Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Demeo, Raymond) (Entered: 02/23/2017) |

| | | |
|---|---|---|
| 03/20/2017 | 29 | Notice of Additional Authority re 24 MOTION to Dismiss filed by Allstate Insurance Company. (Attachments: # 1 Exhibit A)(Demeo, Raymond) (Entered: 03/20/2017) |
| 07/19/2017 | 30 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Hearing on motion to dismiss set for 9/22/2017 03:00 PM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden (Ghosh, S.) (Entered: 07/19/2017) |
| 07/25/2017 | 31 | MOTION for Attorney(s) Richard L. Fenton to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-4479048) by Allstate Insurance Company. (Attachments: # 1 Exhibit A)(Demeo, Raymond) (Entered: 07/25/2017) |
| 07/28/2017 | 32 | ORDER granting 31 Motion to Appear Richard L. Fenton to be Admitted Pro Hac Vice Attorney. Richard L. Fenton for Allstate Insurance Company added. Certificate of Good Standing due by 9/26/2017. Signed by Clerk on 7/28/2017. (Perez, J.) (Entered: 07/28/2017) |
| 08/30/2017 | 33 | NOTICE by Allstate Insurance Company *of Supplemental Authority* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Hamilton, Jessica) (Entered: 08/30/2017) |
| 09/22/2017 | 34 | Minute Entry. Motion Hearing held on 9/22/2017 before Judge Victor A. Bolden re 24 MOTION to Dismiss filed by Allstate Insurance Company. Total Time: 0 hours and 55 minutes(Court Reporter S. Montini.) (Giammatteo, J.) (Entered: 09/22/2017) |
| 09/27/2017 | 35 | ORDER granting 24 Motion to Dismiss. The Defendants motion to dismiss is GRANTED. Count I is DISMISSED without prejudice. Counts II, III, and IV are DISMSSED. The Clerk of Court is directed to close the case.<br><br>Signed by Judge Victor A. Bolden on 9/27/2017. (Giammatteo, J.) (Entered: 09/27/2017) |
| 09/27/2017 | | ORDER Revoking Visiting Attorney Status of Attorney Richard L. Fenton for failure to comply with Local Rule 83.1(d)(4) requiring the filing of a Certificate of Good Standing. The Clerk of the Court shall examine the Courts docket and revoke said attorneys visiting attorney status in all cases in which said attorney has filed an appearance.<br>Signed by Clerk on 9/27/2017.(Perez, J.) (Entered: 09/27/2017) |
| 09/27/2017 | 36 | MOTION for Attorney(s) RICHARD L. FENTON to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-4548301) by Allstate Insurance Company. (Attachments: # 1 Exhibit A)(Hamilton, Jessica) (Entered: 09/27/2017) |

| | | |
|---|---|---|
| 09/27/2017 | 37 | EXHIBIT *(Certificate of Good Standing)* by Allstate Insurance Company re 36 MOTION for Attorney(s) RICHARD L. FENTON to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-4548301). (Hamilton, Jessica) (Entered: 09/27/2017) |
| 09/28/2017 | 38 | ORDER granting 36 Motion to Appear Pro Hac Vice for Richard L. Fenton. Signed by Clerk on 9/28/2017. (Fazekas, J.) (Entered: 09/28/2017) |
| 09/28/2017 | 39 | ORDER. Attorney Richard L. Fenton has been reinstated as a result from complying with Local Rule 83.1(d)(4) in 3:16cv1310 (VAB). Signed by Clerk on 9/28/2017.(Perez, J.) (Entered: 09/28/2017) |
| 09/28/2017 | 40 | JUDGMENT entered in favor of Allstate Insurance Company against Christine C. Valls, William A. Valls.<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all-forms/appeals_forms Signed by Clerk on 9/28/2017.(Perez, J.) (Entered: 09/28/2017) |
| 09/28/2017 | | JUDICIAL PROCEEDINGS SURVEY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey (Perez, J.) (Entered: 09/28/2017) |
| 09/29/2017 | 41 | NOTICE of Appearance by Richard L. Fenton on behalf of Allstate Insurance Company (Fenton, Richard) (Entered: 09/29/2017) |
| 10/20/2017 | 42 | TRANSCRIPT of Proceedings: Type of Hearing: Oral Argument on Defendant's Motion to Dismiss. Held on 9/22/17 before Judge Victor Bolden. Court Reporter: S. Montini. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court |

| | | |
|---|---|---|
| | | website at www.ctd.uscourts.gov. Redaction Request due 11/10/2017. Redacted Transcript Deadline set for 11/20/2017. Release of Transcript Restriction set for 1/18/2018. (Montini, S.) (Entered: 10/20/2017) |
| 10/30/2017 | 43 | NOTICE OF APPEAL as to 40 Judgment, by Christine C. Valls, William A. Valls. Filing fee $ 505, receipt number 0205-4584786. (Lindequist, Jeffrey) (Entered: 10/30/2017) |